**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OR ARKANSAS
CENTRAL DIVISION**

**NICHOLAS ROOS, ADC #163931**                                      **PLAINTIFF**

**VS.**                        **CASE NO. 4:19-CV-00895 BRW-PSH**

**YOLANDA CLARK,** *et al*.                                      **DEFENDANTS**

## JUDGMENT

Consistent with the findings of facts and conclusions of law entered today, judgment is

entered for Defendants.

IT IS SO ORDERED this 13th day of April, 2023.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE