# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOLAS ROOS**                                                                                           **PLAINTIFF**
**ADC #163931**

**VS.**                                     **No. 4:19-cv-000895 BRW**

**YOLANDA CLARK,** *et al.*                                                      **DEFENDANTS**

## **ORDER**

Movant's Motion for Reimbursement of Out-of-Pocket Expenses (Doc. No. 186) is GRANTED.

Because the application is consistent with the guidelines and policies of the Library Fund, the Clerk of the Court is directed to disburse $18,019.82 from the Fund to Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.  A copy of the Order and application will be placed in the Library Fund file maintained by the Clerk of the Court.

Plaintiff's lawyers are relieved as counsel.

IT IS SO ORDERED this 31st day of July, 2023.

                                                      Billy Roy Wilson\_
                                                      UNITED STATES DISTRICT JUDGE